Date Filed 8/23/2023 2:44 PM
Superior Court - Suffolk
Docket Number 2284CV01383

Case 23-11467    Doc 1-1    Filed 09/12/23    Entered 09/12/23 17:53:14    Desc Exhibit
ML                          Judgments         Page 1 of 12

EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

Suffolk, SS                                                SUFFOLK COUNTY SUPERIOR COURT

|  |  |
|---|---|
| PharmScript of MA LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| Vero Health XV, LLC d/b/a Vero Health & Rehab of Amesbury; Vero Health XI, LLC d/b/a Vero Health & Rehab of Hampden; Vero Health XVII, LLC d/b/a Vero Health & Rehab of Revere; Vero Health XIII, LLC d/b/a Vero Health & Rehab of South Hadley; Vero Health XIV, LLC d/b/a Vero Health & Rehab of Watertown; Vero Health XII, LLC d/b/a Vero Health & Rehab of Wilbraham; and Vero Health XVI, LLC d/b/a Vero Health & Rehab of Worcester; | ) Civil Action No.: 2284cv01383 |
| Defendants. | ) |

## AGREEMENT FOR JUDGMENT

Plaintiff, PharmScript of MA LLC ("PharmScript") and defendants, Vero Health XV, LLC d/b/a Vero Health & Rehab of Amesbury ("Vero Amesbury"), Vero Health XI, LLC d/b/a Vero Health & Rehab of Hampden ("Vero Hampden"), Vero Health XVII, LLC d/b/a Vero Health & Rehab of Revere ("Vero Revere"), Vero Health XIII, LLC d/b/a Vero Health & Rehab of South Hadley("Vero South Hadley"), Vero Health XIV, LLC d/b/a Vero Health & Rehab of Watertown("Vero Watertown"), Vero Health XII, LLC d/b/a Vero Health & Rehab of Wilbraham("Vero Wilbraham"), and Vero Health XVI, LLC d/b/a Vero Health & Rehab of Worcester("Vero Worcester") hereby agree that judgment shall enter as follows:

1. On Count I of the Complaint, against Vero Amesbury, judgment for PharmScript for damages in the amount of $212,209.69, plus $64,686.11 in accrued contractual interest through and including August 12, 2023.

**Entered on docket pursuant to Mass. R. Civ. P. 58(a) as amended.
and notice sent to parties pursuant to Mass. R. Civ. P. 77(d)**

2. On Count II of the Complaint, against Vero Hampden, judgment for PharmScript for damages in the amount of $105,930.45, plus $28,852.62 in accrued contractual interest through and including August 12, 2023.

3. On Count III of the Complaint, against Vero Revere, judgment for PharmScript for damages in the amount of $188,307.29, plus $67,874.03 in accrued contractual interest through and including August 12, 2023.

4. On Count IV of the Complaint, against Vero South Hadley, judgment for PharmScript for damages in the amount of $390,188.28, plus $111,704.02 in accrued contractual interest through and including August 12, 2023.

5. On Count V of the Complaint, against Vero Watertown, judgment for PharmScript for damages in the amount of $428,722.86, plus $131,897.65 in accrued contractual interest.

6. On Count VI of the Complaint, against Vero Wilbraham, judgment for PharmScript for damages in the amount of $354,153.88, plus $100,109.35 in accrued contractual interest through and including August 12, 2023.

7. On Count VII of the Complaint, against Vero Worcester, judgment for PharmScript for damages in the amount of $493,734.97, plus $148,300.17 in accrued contractual interest through and including August 12, 2023.

8. On Counts I-VII, awarding PharmScript as the prevailing party pursuant to parties' contracts a total of $36,525.12 in reasonable attorney's fees, expenses, and other costs incurred in enforcing those contracts.

9. The parties waive all rights of appeal.

Executed this 23rd day of August, 2023.

PHARMSCRIPT OF MA LLC
By its attorneys:

_____
Steven M. Cowley (BBO# 554534)
Lauren A. Appel (BBO# 689084)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110
Phone: (857) 488-4200
smcowley@duanemorris.com
laappel@duanemorris.com

VERO HEALTH XI, LLC, VERO HEALTH XV, LLC, VERO HEALTH XVII, LLC, VERO HEALTH XIII, LLC, VERO HEALTH XIV, LLC, VERO HEALTH XII, LLC, VERO HEALTH XVI, LLC,
By their attorneys:

_____
Edward V. Colbert III (BBO No. 566187)
Caitlin A. Romasco (BBO No. 684594)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, Massachusetts 02210
Tel: 617-426-5900
Fax: 617-426-8810
colbert@casneredwards.com
romasco@casneredwards.com

3

WWR # 040930758

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| ADAPTIGE, LLC. | CASE NO. CV 22-962680 |
| Plaintiff | JUDGE MICHAEL J. RUSSO |
| vs. | |
| | **CONSENT JUDGMENT ENTRY** |
| | **ON COUNT 1 OF PLAINTIFF'S** |
| VERO HEALTH MANAGEMENT, LLC., ET AL. | **COMPLAINT** |
| Defendants | |

BY AGREEMENT OF THE PARTIES, Judgment is hereby rendered on behalf of Plaintiff, Adaptige, LLC., against the Defendant, Vero Health XIV, LLC., dba Vero Health & Rehab of Watertown only, on Count One of the Plaintiff's Complaint in the amount of $135,740.56, together with interest at the statutory rate of 5% per annum from the date of Judgment, plus court costs.

IT IS SO ORDERED.

JUDGE MICHAEL J. RUSSO

Submitted and Approved:
WELTMAN, WEINBERG & REIS CO., LPA    GALLAGHER SHARP., LLP.

_/s/ Scott S. Weltman_    _via consent_
SCOTT S. WELTMAN #0044173    JENNIFER F. PHILLIPS #0076769
Attorney for Plaintiff    Attorney for Defendant,
965 Keynote Circle    Vero Health XIV, LLC., dba
Cleveland, Ohio 44131    Vero Health & Rehab of Watertown
Telephone: (216) 685-1032    1215 Superior Avenue, 7th Floor
Facsimile: (216) 363-6914    Cleveland, OH 44114
Email: *sweltman@weltman.com*    Email: *jphillips@gallaghersharp.com*

WWR # 040930758

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| ADAPTIGE, LLC. | ) CASE NO. CV 22-962680 |
|        Plaintiff | ) JUDGE MICHAEL J. RUSSO |
| vs. | ) **CONSENT JUDGMENT ENTRY** |
| VERO HEALTH MANAGEMENT, LLC., ET AL. | ) **ON COUNT 2 OF PLAINTIFF'S** ) **COMPLAINT** |
|        Defendants | ) |

BY AGREEMENT OF THE PARTIES, Judgment is hereby rendered on behalf of Plaintiff, Adaptige, LLC., against the Defendant, Vero Health XII, LLC., dba Vero Health & Rehab of Wilbraham only, on Count Two of the Plaintiff's Complaint in the amount of $202,416.06, together with interest at the statutory rate of 5% per annum from the date of Judgment, plus court costs.

IT IS SO ORDERED.

                                                                       JUDGE MICHAEL J. RUSSO

Submitted and Approved:
WELTMAN, WEINBERG & REIS CO., LPA     GALLAGHER SHARP., LLP.

| | |
|---|---|
|     /s/ Scott S. Weltman |     *via consent* |
| SCOTT S. WELTMAN #0044173 | JENNIFER F. PHILLIPS #0076769 |
| Attorney for Plaintiff | Attorney for Defendant, |
| 965 Keynote Circle | Vero Health XII, LLC., dba |
| Cleveland, Ohio 44131 | Vero Health & Rehab of Wilbraham |
| Telephone: (216) 685-1032 | 1215 Superior Avenue, 7th Floor |
| Facsimile: (216) 363-6914 | Cleveland, OH 44114 |
| Email: *sweltman@weltman.com* | Email: *jphillips@gallaghersharp.com* |

WWR # 040930758

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| ADAPTIGE, LLC. | ) | CASE NO. CV 22-962680 |
| | ) | |
| Plaintiff | ) | JUDGE MICHAEL J. RUSSO |
| | ) | |
| vs. | ) | |
| | ) | **CONSENT JUDGMENT ENTRY** |
| | ) | **ON COUNT 3 OF PLAINTIFF'S** |
| VERO HEALTH MANAGEMENT, LLC., | ) | **COMPLAINT** |
| ET AL. | ) | |
| | ) | |
| Defendants | ) | |

BY AGREEMENT OF THE PARTIES, Judgment is hereby rendered on behalf of Plaintiff, Adaptige, LLC., against the Defendant, Vero Health XVI, LLC., dba Vero Health & Rehab of Worcester only, on Count Three of the Plaintiff's Complaint in the amount of $132,716.15, together with interest at the statutory rate of 5% per annum from the date of Judgment, plus court costs.

IT IS SO ORDERED.

JUDGE MICHAEL J. RUSSO

Submitted and Approved:
WELTMAN, WEINBERG & REIS CO., LPA      GALLAGHER SHARP., LLP.

_/s/ Scott S. Weltman_                  _via consent_
SCOTT S. WELTMAN #0044173               JENNIFER F. PHILLIPS #0076769
Attorney for Plaintiff                  Attorney for Defendant,
965 Keynote Circle                      Vero Health XVI, LLC., dba
Cleveland, Ohio 44131                   Vero Health & Rehab of Worcester
Telephone: (216) 685-1032               1215 Superior Avenue, 7th Floor
Facsimile: (216) 363-6914               Cleveland, OH 44114
Email: _sweltman@weltman.com_           Email: _jphillips@gallaghersharp.com_

WWR # 040930758

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| ADAPTIGE, LLC. | ) | CASE NO. CV 22-962680 |
| | ) | |
| Plaintiff | ) | JUDGE MICHAEL J. RUSSO |
| | ) | |
| vs. | ) | |
| | ) | **CONSENT JUDGMENT ENTRY** |
| | ) | **ON COUNT 4 OF PLAINTIFF'S** |
| VERO HEALTH MANAGEMENT, LLC., | ) | **COMPLAINT** |
| ET AL. | ) | |
| | ) | |
| Defendants | ) | |

BY AGREEMENT OF THE PARTIES, Judgment is hereby rendered on behalf of Plaintiff, Adaptige, LLC., against the Defendant, Vero Health XV, LLC., dba Vero Health & Rehab of Amesbury only, on Count Four of the Plaintiff's Complaint in the amount of $84,764.89, together with interest at the statutory rate of 5% per annum from the date of Judgment, plus court costs.

IT IS SO ORDERED.

_____
JUDGE MICHAEL J. RUSSO

Submitted and Approved:
WELTMAN, WEINBERG & REIS CO., LPA    GALLAGHER SHARP., LLP.

_/s/ Scott S. Weltman_                   _via consent_
SCOTT S. WELTMAN #0044173               JENNIFER F. PHILLIPS #0076769
Attorney for Plaintiff                  Attorney for Defendant,
965 Keynote Circle                      Vero Health XV, LLC., dba
Cleveland, Ohio 44131                   Vero Health & Rehab of Amesbury
Telephone: (216) 685-1032               1215 Superior Avenue, 7th Floor
Facsimile: (216) 363-6914               Cleveland, OH 44114
Email: _sweltman@weltman.com_           Email: _jphillips@gallaghersharp.com_

WWR # 040930758

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| ADAPTIGE, LLC. | ) | CASE NO. CV 22-962680 |
| | ) | |
| Plaintiff | ) | JUDGE MICHAEL J. RUSSO |
| | ) | |
| vs. | ) | |
| | ) | **CONSENT JUDGMENT ENTRY** |
| | ) | **ON COUNT 5 OF PLAINTIFF'S** |
| VERO HEALTH MANAGEMENT, LLC., | ) | **COMPLAINT** |
| ET AL. | ) | |
| | ) | |
| Defendants | ) | |

BY AGREEMENT OF THE PARTIES, Judgment is hereby rendered on behalf of Plaintiff, Adaptige, LLC., against the Defendant, Vero Health XIII, LLC., dba Vero Health & Rehab of South Hadley only, on Count Five of the Plaintiff's Complaint in the amount of $172,608.77, together with interest at the statutory rate of 5% per annum from the date of Judgment, plus court costs.

IT IS SO ORDERED.

_____
JUDGE MICHAEL J. RUSSO

Submitted and Approved:
WELTMAN, WEINBERG & REIS CO., LPA    GALLAGHER SHARP., LLP.

_/s/ Scott S. Weltman_____        _via consent_____
SCOTT S. WELTMAN #0044173              JENNIFER F. PHILLIPS #0076769
Attorney for Plaintiff                 Attorney for Defendant,
965 Keynote Circle                     Vero Health XIII, LLC., dba
Cleveland, Ohio 44131                  Vero Health & Rehab of South Hadley
Telephone: (216) 685-1032              1215 Superior Avenue, 7th Floor
Facsimile: (216) 363-6914              Cleveland, OH 44114
Email: *sweltman@weltman.com*          Email: *jphillips@gallaghersharp.com*

WWR # 040930758

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| ADAPTIGE, LLC. | ) CASE NO. CV 22-962680 |
| Plaintiff | ) JUDGE MICHAEL J. RUSSO |
| vs. | ) **CONSENT JUDGMENT ENTRY ON COUNT 6 OF PLAINTIFF'S COMPLAINT** |
| VERO HEALTH MANAGEMENT, LLC., ET AL. | |
| Defendants | |

BY AGREEMENT OF THE PARTIES, Judgment is hereby rendered on behalf of Plaintiff, Adaptige, LLC., against the Defendant, Vero Health XVII, LLC., dba Vero Health & Rehab of Revere only, on Count Six of the Plaintiff's Complaint in the amount of $9,354.61, together with interest at the statutory rate of 5% per annum from the date of Judgment, plus court costs.

IT IS SO ORDERED.

_____
JUDGE MICHAEL J. RUSSO

Submitted and Approved:
WELTMAN, WEINBERG & REIS CO., LPA        GALLAGHER SHARP., LLP.

_/s/ Scott S. Weltman_                    _via consent_
SCOTT S. WELTMAN #0044173                 JENNIFER F. PHILLIPS #0076769
Attorney for Plaintiff                    Attorney for Defendant,
965 Keynote Circle                        Vero Health XVII, LLC., dba
Cleveland, Ohio 44131                     Vero Health & Rehab of Revere
Telephone: (216) 685-1032                 1215 Superior Avenue, 7th Floor
Facsimile: (216) 363-6914                 Cleveland, OH 44114
Email: _sweltman@weltman.com_             Email: _jphillips@gallaghersharp.com_

WWR # 040930758

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| ADAPTIGE, LLC. | CASE NO. CV 22-962680 |
| Plaintiff | JUDGE MICHAEL J. RUSSO |
| vs. | |
| | **CONSENT JUDGMENT ENTRY** |
| | **ON COUNT 7 OF PLAINTIFF'S** |
| VERO HEALTH MANAGEMENT, LLC., ET AL. | **COMPLAINT** |
| Defendants | |

BY AGREEMENT OF THE PARTIES, Judgment is hereby rendered on behalf of Plaintiff, Adaptige, LLC., against the Defendant, Vero Health XI, LLC., dba Vero Health & Rehab of Hampden only, on Count Seven of the Plaintiff's Complaint in the amount of $114,431.52, together with interest at the statutory rate of 5% per annum from the date of Judgment, plus court costs.

IT IS SO ORDERED.

_____
JUDGE MICHAEL J. RUSSO

Submitted and Approved:
WELTMAN, WEINBERG & REIS CO., LPA        GALLAGHER SHARP., LLP.

_/s/ Scott S. Weltman_                         _via consent_
SCOTT S. WELTMAN #0044173                JENNIFER F. PHILLIPS #0076769
Attorney for Plaintiff                           Attorney for Defendant,
965 Keynote Circle                              Vero Health XI, LLC., dba
Cleveland, Ohio 44131                           Vero Health & Rehab of Hampden
Telephone: (216) 685-1032                       1215 Superior Avenue, 7th Floor
Facsimile: (216) 363-6914                       Cleveland, OH 44114
Email: *sweltman@weltman.com*                   Email: *jphillips@gallaghersharp.com*

ELECTRONICALLY FILED
Sebastian County Circuit Court - Fort Smith District
Susie R. Hassett, Circuit Clerk
2023-Jul-25  11:03:09
66FCV-22-447
C12D06 : 4 Pages

### IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
### FORT SMITH DIVISION

**AEGIS THERAPIES, INC.**
**PLAINTIFF**

v.     Case No. **66FCV-22-447**

**VERO HEALTH MANAGEMENT, LLC;**
**THORNTON HALL NURSING AND REHABILITATION CENTER, LLC;**
**VERO HEALTH XV, LLC, d/b/a VERO HEALTH & REHAB OF AMESBURY;**
**VERO HEALTH XI, LLC, d/b/a VERO HEALTH & REHAB OF HAMPDEN;**
**VERO HEALTH XVII, LLC, d/b/a VERO HEALTH & REHAB OF REVERE;**
**VERO HEALTH XIII, LLC d/b/a VERO HEALTH & REHAB OF SOUTH HADLEY;**
**VERO HEALTH XIV, LLC d/b/a VERO HEALTH & REHAB OF WATERTOWN;**
**VERO HEALTH XII, LLC d/b/a VERO HEALTH & REHAB OF WILBRAHAM; and**
**VERO HEALTH XVI, LLC d/b/a VERO HEALTH & REHAB OF WORCESTER**
**DEFENDANTS**

### JUDGMENT

Now on this ____ day July, 2023, comes on for consideration the Offers of Judgment and Dismissal without Prejudice as to Defendant Vero Health Management, LLC, filed herein on or about February 15, 2023. From pleadings in the file, representations of counsel and other matters appearing to and before the Court, the Court finds as follows:

1.     The separate defendants, Vero Health XI, LLC, d/b/a Vero Health & Rehab of Hampden; Vero Health XII, LLC d/b/a Vero Health & Rehab of Wilbraham; Vero Health XIII, LLC d/b/a Vero Health & Rehab of South Hadley; Vero Health XIV, LLC d/b/a Vero Health & Rehab of Watertown; Vero Health XV, LLC, d/b/a Vero Health & Rehab of Amesbury; Vero Health XVI, LLC d/b/a Vero Health & Rehab of Worcester; Vero Health XVII, LLC, d/b/a Vero Health & Rehab of Revere, offered specific monetary judgments on or about February 15, 2023, which included a dismissal without prejudice as to Defendant Vero Health Management, LLC.

2.     Defendants extended the time for the Plaintiff to respond to said Offer of Judgment.

3. The plaintiff has now accepted the Offer of Judgment as proposed in the Offer of Judgment and Dismissal without Prejudice as to Vero Health Management, LLC filed on February 15, 2023.

4. Accordingly, the Court hereby enters judgment in favor of the plaintiff, AEGIS Therapies, Inc., as follows:

    a. Vero Health XI, LLC, d/b/a Vero Health & Rehab of Hampden judgment $138,946.96;

    b. Vero Health XII, LLC, d/b/a Vero Health & Rehab of Wilbraham judgment $306,616.18;

    . Vero Health XIII, LLC, d/b/a Vero Health & Rehab of South Hadley judgment $263,447.89;

    d. Vero Health XIV, LLC, d/b/a Vero Health & Rehab of Watertown judgment $239,512.25;

    e. Vero Health XV, LLC, d/b/a Vero Health & Rehab of Amesbury judgment $184,071.15;

    f. Vero Health XVI, LLC, d/b/a Vero Health & Rehab of Worcester judgment $248,398.70;

    g. Vero Health XVII, LLC, d/b/a Vero Health & Rehab of Revere judgment $275,597.44;

5. Said judgments are inclusive of all costs, expenses, and fees. Said judgments will accrue post-judgment interest at the post-judgment interest rate allowed by Arkansas law from the date of the entry of this Judgment.

6. The Complaint of AEGIS Therapies, Inc., with all amendments thereto as against separate defendants Vero Health Management, LLC is hereby dismissed without prejudice.