UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>VERO HEALTH XV, LLC d/b/a<br>VERO HEALTH & REHAB OF<br>AMESBURY<br>    Alleged Debtor | Chapter 7 (Involuntary)<br>Case No. 23-11466-CJP<br>EASTERN DIVISION |
| In re:<br><br>VERO HEALTH XIV, LLC d/b/a<br>VERO HEALTH & REHAB OF<br>WATERTOWN<br>    Alleged Debtor | Chapter 7 (Involuntary)<br>Case No. 23-11467-CJP<br>EASTERN DIVISION |
| In re:<br><br>VERO HEALTH XVII, LLC d/b/a<br>VERO HEALTH & REHAB OF<br>REVERE<br>    Alleged Debtor | Chapter 7 (Involuntary)<br>Case No. 11468-CJP<br>EASTERN DIVISION |
| In re:<br><br>VERO HEALTH XVI, LLC d/b/a<br>VERO HEALTH & REHAB OF<br>WORCESTER<br>    Alleged Debtor | Chapter 7 (Involuntary)<br>Case No. 40745-CJP<br>CENTRAL DIVISION |
| In re:<br><br>VERO HEALTH XII, LLC d/b/a<br>VERO HEALTH & REHAB OF<br>WILBRAHAM<br>    Alleged Debtor | Chapter 7 (Involuntary)<br>Case No. 23-30367-CJP<br>WESTERN DIVISION |

|  |  |
|---|---|
| In re:<br><br>VERO HEALTH XI, LLC d/b/a<br>VERO HEALTH & REHAB OF HAMPDEN<br><br>    Alleged Debtor | Chapter 7 (Involuntary)<br>Case No. 23-30368-CJP<br>WESTERN DIVISION |
| In re:<br><br>VERO HEALTH XIII, LLC d/b/a<br>VERO HEALTH & REHAB OF SOUTH HADLEY<br><br>    Alleged Debtor | Chapter 7 (Involuntary)<br>Case No. 23-30369-CJP<br>WESTERN DIVISION |

### UNITED STATES TRUSTEE'S STATEMENT REGARDING MOTION TO JOINTLY ADMINISTER CAES PURSUANT TO B.R. 1015

The United States Trustee submits this statement, pursuant to this Court's Order dated October 23, 2023, in response to *Motion to Jointly Administer Cases Pursuant to B.R. 1015* regarding Case Nos. 23-11466, 23-11467, 23-11468, 23-40745, 23-30367, 23-30368, 23-30369 (the "Motion"). The United States Trustee believes that he has not been provided sufficient information, including, but not limited to, the size of the various creditor bodies, the size and amount of claims in each case, and any facts which may give rise to actual or potential conflicts of interests of creditors of the various estates, to allow the United States Trustee to determine his position regarding the Motion and which case should be designated as the lead case.

        Respectfully submitted,
        WILLIAM K. HARRINGTON
        United States Trustee, Region 1

        By:     /s/ Lisa D. Tingue
        Lisa D. Tingue (BBO # 633275)
        Stephen E. Meunier (BBO # 546928)
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        446 Main Street, 14th Floor
        Worcester, MA 01608
        Telephone: (202) 503-7009
        Email: lisa.d.tingue@usdoj.gov

Dated: October 24, 2023

## CERTIFICATE OF SERVICE

    I, Lisa D. Tingue, hereby certify that on October 24, 2023, I caused a copy of the foregoing document to be served by email through the Court's ECF system to all entities and interested parties that are registered users thereof in this case.

        /s/ Lisa D. Tingue
        Lisa D. Tingue