# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

|  |  |
|---|---|
| In re:<br><br>VERO HEALTH XIV, LLC d/b/a<br>VERO HEALTH & REHAB OF WATERTOWN<br>　　　Alleged Debtor | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Chapter 7 (Involuntary)
Case No. 23-11467-CJP

## ORDER FOR RELIEF IN INVOLUNTARY CASE

Upon consideration of the involuntary petition [Dkt. No. 1] (the "Petition") filed against Vero Health XIV, LLC d/b/a Vero Health & Rehab of Watertown, the above-named alleged debtor ("Vero Health XIV" or the "Alleged Debtor"), on September 12, 2023, the evidence of the service of the involuntary summons [Dkt. No. 5] filed by counsel to the petitioners, and the waiver of the service of summons [Dkt. No. 6] filed by counsel to the Alleged Debtor, the Petition not having been timely controverted pursuant to Fed. R. Bankr. P. 1011, the Court hereby enters an ORDER FOR RELIEF under Chapter 7 of Title 11 of the United States Code.  *See* 11 U.S.C. § 303; Fed. R. Bankr. P. 1013.

Dated: October 26, 2023

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge